UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANASHA BACCHUS,

         Plaintiff,

-against-

SCO FAMILY OF SERVICES,

         Defendant.

Case No. 22-cv-02232

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Defendant denies any and all liability arising out of Plaintiff's allegations and Plaintiff intends to withdraw her claims against Defendant in their entirety; and,

WHEREAS, no party to this action is an infant or incompetent for whom a committee has been appointed; and,

WHERAS, there is no person not a party to this action who has any interest in the subject matter of this action;

WHEREAS, the parties now desire to resolve the issues raised in litigation without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel, and Ordered by the Court that: (a) the above referenced action be, and is, dismissed and discontinued with prejudice, without costs, expenses or fees against any party; and, (b) That a facsimile or emailed signature on this stipulation shall have the same weight and effect as original signatures.

PHILLIPS & ASSOCIATES, PLLC

_/s/ Silvia C. Stanciu_

Silvia C. Stanciu, Esq.
45 Broadway, Suite 430
New York, NY 10006
Tel: (212) 248-7431
*Attorneys for Plaintiff*
Dated: September 12, 2022

JACKSON LEWIS P.C.

_/s/ Ana C. Shields_

Ana C. Shields, Esq.
58 South Service Road, Suite 250
Melville, New York 11747
Tel: (631) 247-0404
*Attorneys for Defendant*
Dated: September 27, 2022

The application is
~~GRANTED~~
SO ORDERED.
~~denied.~~

s/ WFK
_____
William F. Kuntz, II, U.S.D.J.
Dated: Sept 27 2022
Brooklyn, New York